```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

       MAR 07 2024
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMED SOUMAH, <br><br> Defendant. | CASE NO. MJ24-144 <br><br> COMPLAINT for VIOLATION <br><br> Title 18 United States Code Section 1361 |

BEFORE, the Honorable J. Richard Creatura, United States Magistrate Judge, U.S. COURTHOUSE, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### Depredation of Government Property

On or about March 2, 2024, in King County, within the Western District of Washington, MOHAMED SOUMAH, willfully and by means of throwing an object, did injure and commit depredation against property of the United States and of any department

Complaint - 1
*United States v. Mohamed Soumah*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

or agency thereof, that is, the glass panel of the revolving door to the United States Courthouse for the Western District of Washington, located at 700 Stewart Street, Seattle, Washington, resulting in damage exceeding $1,000.

All in violation of Title 18 United States Code Section 1361.

And the complainant states that this Complaint is based on the following information:

I, Jeffery Bungabong, being first duly sworn on oath, depose and say:

1. I am employed as a Special Agent with the United States Department of Homeland Security, Federal Protective Service ("FPS"), assigned to the FPS Region 9 office in San Francisco, California. I have been employed as a Special Agent with the FPS since February 2021. Prior to this employment, I served as an FPS uniformed law enforcement officer beginning in April 2016. I graduated from the Federal Law Enforcement Center Criminal Investigator Training Program in July 2021. I have training and experience in conducting federal criminal investigations and have worked criminal matters involving terrorism, violent criminal offenses, destruction of property, theft of property, threats against government officials, assaults, and other criminal offenses.

2. The information contained in this Complaint is based on my personal knowledge from my participation in this investigation, information relayed to me by other law enforcement officers, Court Security Officers, Criminal Investigators, and witnesses who have personal knowledge of the events and circumstances described herein, and information gleaned from my review of records and reports related to the investigation.

3. The discussion below includes only information I believe necessary to establish probable cause that MOHAMED SOUMAH committed the offense alleged in this Complaint. I do not purport to summarize all the evidence gathered during the course of my investigation, nor does the discussion below include all facts known to me or others involved with this investigation.

Complaint - 2
United States v. Mohamed Soumah

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

4.   The United States District Courthouse for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101 ("SEATTLE COURTHOUSE") is located within the Western District of Washington. The SEATTLE COURTHOUSE is a federal courthouse and is property of the United States.

5.   On March 2, 2024, at approximately 4:34 p.m., a window of a revolving door at the main entrance of the SEATTLE COURTHOUSE was shattered and destroyed by an unknown object. Based on video surveillance and other information summarized herein, a male, later identified as MOHAMED SOUMAH, struck the window with an unknown object causing it to shatter.

6.   Video surveillance showed SOUMAH approached the SEATTLE COURTHOUSE from the corner of 8th Avenue and Stewart Street. SOUMAH then made his way to the ADA compliant entry door, picked up an object from the area and walked toward the revolving door. SOUMAH stood in front of the revolving door, yelling and waving his arms at it, and ultimately began striking the door with the unknown object causing it to shatter. SOUMAH left the SEATTLE COURTHOUSE walking toward the 7th Avenue side of the SEATTLE COURTHOUSE and proceeded south toward Virginia Street.

7.   Video surveillance also showed SOUMAH was wearing a dark blue coat with a hood that had a white liner, and what appeared to be a tan or white fur around the edge of the hood, with dark cargo pants, and dark shoes with a black beanie on. Video surveillance also showed SOUMAH had a distinct gait when walking and had a tendency to wave his hands high towards his chest when walking.

8.   On March 6, 2024, at approximately 12:03 p.m., SOUMAH entered the SEATTLE COURTHOUSE wearing the same or similar navy coat with tan or white fur lined hood as the video surveillance showed from the March 2, 2024 incident. Upon entering the SEATTLE COURTHOUSE, SOUMAH stated that he wanted to be deported

Complaint - 3
*United States v. Mohamed Soumah*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

because he hated being in the United States. Court Security Officers asked him to move to the side so that other visitors could move past him. After doing so, SOUMAH was asked general questions, including where he was from and whether he spoke French based on his country of origin. During this interaction with Court Security Officers, SOUMAH pointed to the revolving door, which had been partially boarded up due to the shattered glass, and stated that he did that. SOUMAH also indicated to the Court Security Offices that he had previously shattered glass at the SEATTLE COURTHOUSE years prior.

9. Court Security Officers heard SOUMAH's statements and recognized SOUMAH based on the jacket that he was wearing and the still camera photo they were provided from the incident on March 2, 2024, which showed SOUMAH's profile, figure, and jacket. The Court Security Officers called FPS to respond.

10. FPS Inspectors arrived at the SEATTLE COURTHOUSE, arrested SOUMAH, and placed him in handcuffs. FPS Inspector identified SOUMAH using a New York Identification card. An FPS Inspector read SOUMAH his *Miranda* rights and asked if he was willing to waive those rights and talk to him. SOUMAH stated "yes" and waived his rights. The FPS Inspector asked SOUMAH if he broke the glass pane on the revolving door on March 2, 2024. SOUMAH replied, "Yes I did, I [expletive] hate the U.S., I wanna go home".

11. SOUMAH was taken to an interview room in the United States Marshals office space in the SEATTLE COURTHOUSE shortly thereafter. I read SOUMAH his Miranda warning again and he refused to waive his rights without a lawyer present. The interview was immediately terminated as a result.

12. I subsequently reviewed and compared the video footage from March 2, 2024 and March 6, 2024, and saw SOUMAH wearing the same or similar coat with a fur-lined hood and SOUMAH walk towards the SEATTLE COURTHOUSE with the same or similar gait and distinct manner on both days.

Complaint - 4
*United States v. Mohamed Soumah*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     13.    I also reviewed SOUMAH's criminal history, which entails a number of historical incidents of damaging government property at the SEATTLE COURTHOUSE. I reviewed FPS incident reports from 2016 to 2018. SOUMAH was issued a citation for violation of 18 U.S.C. § 1361 in August 2016 by FPS for throwing a rock and breaking the front window at the SEATTLE COURTHOUSE. In October 2016, SOUMAH approached the SEATTLE COURTHOUSE with a rock in his hand, hit the metal sign identifying the courthouse, verbally threatened a General Services Administration contractor, entered the courthouse, and became verbally aggressive with the Court Security Officers before leaving the premises. SOUMAH was issued a citation in February 2017 for violation of 18 U.S.C. § 1361 by FPS for throwing a rock at the revolving door at the front entrance of the SEATTLE COURTHOUSE and breaking the door's glass as well as the other revolving door's glass. SOUMAH was indicted in 2018 for, and subsequently pled guilty to, violating 18 U.S.C. § 1361 for throwing a rock at a glass window at the SEATTLE COURTHOUSE and shattering it.

     14.    The General Services Administration provided a cost estimate to repair the revolving door at incident in this matter. Temporary measures to secure the door until it is repaired is estimated to have cost $1,048.35. Full repair of the revolving door is estimated to cost $5,405.00.

//
//
//
//
//
//
//
//
//

Complaint - 5
United States v. Mohamed Soumah

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. Based on the above facts, I respectfully submit that there is probable cause to believe that MOHAMED SOUMAH did willfully injure or commit depredation against property of the United States, in violation of Title 18, United States Code, Section 1361.

JEFFREY BUNGABONG, Complainant
Special Agent
Federal Protective Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of March 2024.

J. Richard Creatura
United States Magistrate Judge

Complaint - 6
*United States v. Mohamed Soumah*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970